UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREJOS HERMANOS SUCESORES S.A.,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 1:21-CV-08928 (RA) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benjamin W. Graham, a member in good standing of the Bar of this Court, and Ana C. Reyes, whose application for admission to this Court is forthcoming, hereby enter their appearance as counsel of record for Plaintiff Trejos Hermanos Sucesores S.A. in the above-captioned action.

Dated:  November 15, 2021

WILLIAMS & CONNOLLY LLP

By: /s/ Benjamin W. Graham

Ana C. Reyes (admission papers forthcoming)
Benjamin W. Graham (Bar No. BG1195)
650 Fifth Avenue, Suite 1500
New York, NY  10019
Tel.:   (202) 434-5000
Fax:   (202) 434-5029
Email:  bgraham@wc.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

                                                         _/s/ Benjamin W. Graham_
                                                         Benjamin W. Graham