UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREJOS HERMANOS SUCESORES S.A.,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 1:21-CV-08928 (RA)<br><br>**[PROPOSED] ORDER** |

Upon consideration of Plaintiff's motion for summary judgment and supporting papers, along with Defendant's opposition thereto, it is hereby ordered that:

1. Plaintiff's motion for summary judgment is granted.

2. The Court will direct the Clerk of Court to enter judgment for Plaintiff on its claim for domestication and enforcement of the Costa Rican judgment on the _____ day of _____ 2022 (the "Entry Date").

3. Two weeks prior to the Entry Date, Plaintiff will submit an updated calculation of the indexation, interest, and legal costs due under the Costa Rican judgment, using the methodology set forth in the Grant Thornton Report submitted in support of the motion for summary judgment (the "Adjustment Amount").

4. On the Entry Date, the Clerk of Court shall enter judgment for Plaintiff in an amount equal to the Adjustment Amount plus USD 51,355,812.

5. The judgment shall bear post-judgment interest pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: _____          _____
                                    Hon. Ronnie Abrams
                                    United States District Judge