# Exhibit E

06/21/1999 4:48 p.m. [GTE] LEGAL DIR 972 453 [6569] P. 04/06
**042[3]**

[stamp:] ICE [Instituto Costarricense de Electricidad]
COSTA RICAN INSTITUTE OF ELECTRICITY
PROCUREMENT DEPARTMENT
[stamp:] [illegible] PROCUREMENT DEPARTMENT
Public Tender

**GUARANTY OF JOINT LIABILITY BETWEEN
GTE CORPORATION AND THE CONSORTIUM MADE UP OF GTE INFORMATION SERVICES INCORPORATED, GTE DIRECTORIES CORPORATION AND GENERAL TELEPHONE DIRECTORIES COMPANY C POR A
FOR THE USE OF THE ANNUAL BALANCE SHEET**
(Clause 2.4.1-B, paragraph 1)

**GTE CORPORATION CERTIFIES**

I. That this Corporation is aware that the Consortium made up of GTE Information Services, Incorporated, GTE Directories Corporation and General Telephone Directory Company C. por A. are going to participate in Public Tender No. 6378-T, sponsored by the COSTA RICAN INSTITUTE OF ELECTRICITY for "The Procurement of Services for eight years and the Development and Implementation of Information Services."

II. That according to the provisions in Clause 2.4.1-B (Financial Capacity of the Company) included in the Portfolio for Public Tender No. 6378-T, mentioned above, the aforementioned Consortium will submit the Financial Statements of GTE Corporation, which is the holding (*tenedora*, in Spanish) company for the group.

III. According to the requirements in the same Clause 2.4.1-B, mentioned above, GTE Corporation declares that it will be jointly liable with the companies in the aforementioned Consortium for all obligations that this Consortium may acquire as bidder and awardee of the aforementioned Public Tender No. 6378-T with the COSTA RICAN INSTITUTE OF ELECTRICITY.

[handwritten:] *No. 194*

**042**

[stamp:] ICE [Instituto Costarricense de Electricidad]
COSTA RICAN INSTITUTE OF ELECTRICITY
PROCUREMENT DEPARTMENT

IV.   This corporation issues this certificate to be submitted to the Costa Rican Institute of Electricity for Public Tender No. 6378-T, mentioned above.

Given in the city of Irving, Texas, United States of America, on June ~~10~~ [handwritten:] *22* [initials], 1999.

**GTE CORPORATION**

By:     (Signature)     [signature]

Name:   [handwritten:] *Daniel P. O'Brien*

Title:  [handwritten:] *EVP; Chief Financial Officer*

[handwritten:] *No. 195*



## Certificate of Accuracy

Tuesday, 26 October 2021

To whom it may concern,

We TransPerfect Transperfect Translations, Inc., hereby certify to the best of our knowledge and belief that the foregoing document described as "GTE Guaranty" is a true and accurate translation of the original.

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

_____
Signature
Jacqueline Yorke

Sworn to before me this
October 26, 2021

_____
Signature, Notary Public

[Notary Seal: WENDY POON, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Queens County, 01PO6356754, MY COMMISSION EXPIRES 04-03-2025]

_____
Stamp, Notary Public



# GARANTIA DE RESPONSABILIDAD CONJUNTA ENTRE GTE CORPORATION Y EL CONSORCIO INTEGRADO POR GTE INFORMATION SERVICES INCORPORATED, GTE DIRECTORIES CORPORATION Y GENERAL TELEPHONE DIRECTORIES COMPANY C POR A PARA USO DEL BALANCE ANNUAL

(Cláusula 2.4.1-B, párrafo 1)

## GTE CORPORATION

### CERTIFICA

I. Que esta Corporación tiene conocimiento de que el Consorcio consituido por GTE Information Services Incorporated, GTE Directories Corporation y General Telephone Directory Company C. por A. van a participar en la Licitación Pública No. 6378- T, promovida por el INSTITUTO COSTARRICENSE DE ELECTRICIDAD para "La Contratación de Servicios por ocho años y el Desarrollo e Implementación de Servicios de Información".

II. Que de acuerdo con las disposiciones de la Cláusula 2.4.1-B (La Capacidad Financiera de la Compañía) incluida en el Cartel de la Licitación Pública No. 6378- T, antes mencionada, el Consorcio mencionado presentará los Estados Financieros de GTE Corporation, que es la compañía "holding" (tenedora) del grupo.

III. Que de acuerdo a los requisitos de la misma Cláusula 2.4.1-B, antes mencionada, GTE Corporation declara que será conjuntamente responsable con las empresas del Consorcio mencionado por todas las obligaciones que este Consorcio adquiera como oferente y como adjudicatario de la mencionada Licitación Pública No. 6378-T ante el INSTITUTO COSTARRICENSE DE ELECTRICIDAD.



IV. Esta corporación emite esta certificación para ser presentada al Instituto Costarricense de Electricidad en la Licitación Pública No. 6378-T, antes mencionada.

Dado en la ciudad de Irving, Estado de Texas, Estados Unidos de América, el 22 de junio de 1999.

**GTE CORPORATION**

Por: (Firma) D.P. O'Brien
Nombre: Daniel P. O'Brien
Título: EVP, Chief Financial Officer