# Exhibit G

 (https://www.verizon.com/?lid=//global//residential)



## GTE is now Verizon Communications Inc.

Verizon is a global technology company delivering the promise of the digital world to millions of customers every day. The company operates America's most reliable wireless network (https://www.verizon.com/about/our-company/wireless-network) and the nation's premier all-fiber network (https://www.verizon.com/home/fios/). It provides products and services to consumers, businesses (https://www.verizon.com/business/) and governmental agencies (https://www.verizon.com/business/solutions/state-local-government/).

Visit Verizon's website (https://www.verizon.com/about/) to review corporate and financial information, get the latest news and explore Verizon's history.

Verizon
(https://www.verizon.com/?
lid=//global//residential)

## About GTE

GTE Corp. merged with Bell Atlantic Corp. to become Verizon Communications Inc. (https://www.verizon.com/about/) on June 30, 2000.

Prior to the merger, GTE had been the largest independent telephone company in the U.S. It provided local and wireless service in 29 states, as well as nationwide long distance and internet services for residential and business customers. Headquartered in Stamford, CT, the company was the first among its peers to offer one-stop shopping for local, long distance and Internet access services. Outside the United States, the company served customers on five continents.

The Bell Atlantic-GTE transaction – valued at more than $52 billion at the time of the announcement in July 1998 – combined Bell Atlantic's sophisticated network with GTE's national footprint to create new a leader in the communications industry. After receiving regulatory approval for the merger, Verizon began operations in mid-2000.

## Learn more about GTE and Verizon:

Read archived GTE news (https://www.verizon.com/about/news-tag/gte)
Information for GTE investors (https://www.verizon.com/about/investors)

Information for GTE retirees (https://www.verizon.com/about/our-company/retiree-information)

GTE and Verizon history (https://www.verizon.com/about/our-company/history-and-timeline)

✓ (https://www.verizon.com/?lid=//global//residential)

## About Verizon

About Us (https://www.verizon.com/about/)

Our Company (https://www.verizon.com/about/our-company)

Corporate Responsibility (https://www.verizon.com/about/responsibility)

Careers (https://www.verizon.com/about/careers)

News (https://www.verizon.com/about/news)

Investor Relations (https://www.verizon.com/about/investors)

## Business Units

Verizon (https://www.verizon.com/?lid=//global//residential)

Verizon Fios (https://www.verizon.com/home/fios/)

Verizon Wireless (https://www.verizonwireless.com/)

Verizon Business (https://www.verizon.com/business/)

Verizon Connect (https://www.verizonconnect.com/)

Enterprise Solutions (https://enterprise.verizon.com/)

**Follow**

(https://www.facebook.com/Fios/)  (https://twitter.com/verizonfios)
(https://www.youtube.com/user/verizon/Verizon)  (https://www.instagram.com/verizon/?hl=en)
(https://www.linkedin.com/company/verizon)