

# Calculation of Indexation, Net Interest, and Legal Fees and Costs on the Judgment Awarded to Trejos Hermanos Sucesores, S.A.

October 26, 2021





## Scope of Work

This report calculates the standard amounts of (i) indexation, (ii) interest, and (iii) legal fees and costs to which Trejos Hermanos Sucesores, S.A. (“**the Company**”) is entitled under the judgment issued by the Contention Administrative Civil Court against Verizon Communications, Inc. and Verizon Information Services Costa Rica, LLC in Ruling No. 66-2017-V on July 19, 2017 (“**the Judgment**”).

This report does not reflect any personal opinion or judgment. We have merely performed the routine calculations required by the Judgment and Costa Rican law.

## Executive Summary

The Judgment awarded the Company a principal sum of $51,355,812, along with three adjustments. First, the Judgment ordered **indexation**, which adjusts the value of money over time according to its purchasing power. Second, the Judgment ordered the imposition of **net interest**, which accounts for the time-value of money between the date of the Judgment and the date on which the damages calculation was first performed. Third, the Judgment imposed legal fees and costs, which are set by government decree and pegged to the quantum of the award. Together with these adjustments, the total value of the judgment, if paid on October 15, 2021, would be **$93,970,866**.

| Principal Amount | Indexed Amount (a) | Net Interest (b) | Legal Fees and Costs (c) | **Grand Total (d=a+b+c)** |
|---|---|---|---|---|
| $51,355,812 | $76,432,427 | $7,089,284 | $10,449,155 | **$93,970,866** |

## Data Sources

To prepare this report, we collected certain figures for the relevant dates and adjustments.

First, we requested the documentation related to the lawsuit to determine the principal amount of the damages award and the types of adjustments required. According to the Judgment, the defendants must pay the following amounts to the Company:

1. For investment in machinery, the sum of $2,582,156.
2. For increased inventory, the sum of $2,860,696.
3. For paid interest, the sum of $983,825.
4. For lost operating cash flows between 2004 and 2013, the sum of $8,806,872.
5. For certain losses between 2004 and 2007, the sum of $7,237,068.
6. For damages due to halted operations, the sum of $28,885,195.
7. The total sum of the aforementioned items amounts to $51,355,812.

Second, we retrieved the relevant economic figures necessary to perform the calculations for indexing and net interest.

GrantThornton

1. Indexing must be calculated using prime rate indicator. As such, we obtained historical data on the Prime Rate published by the Central Bank of Costa Rica (BCCR) up through its most recent date of publication on October 6, 2021. We converted these annual prime rates into daily rates using a 360-day annual period, using "Term-Adjusted Interest Rates."

2. Net interest must be calculated using the rates specified in Article 1163 of the Costa Rican Civil Code. Consequently, we obtained the historical interest rates in dollars from the National Bank of Costa Rica up through its most recent date of publication on October 6, 2021. One must also account for changes in purchasing power during the period of interest calculation. We therefore obtained the historical values of the Consumer Price Index (CPI) published by the BCCR up through its most recent publication in August 2021, using "Term-Adjusted CPI" for daily rates. For the calculation of net interest, the provisions established by the First Chamber of Costa Rica in its ruling number 000902-F-S1-2012 were taken as a reference.

3. Indexation and net interest must be calculated from August 30, 2008 until the date of effective payment.

Third, we retrieved the relevant thresholds and fees for the legal fees and costs.

1. We converted the sum of (a) the indexed principal sum and (b) net interest to colones. For this conversion, we used the sale exchange rate issued by the Central Bank of Costa Rica on October 6, 2021.

2. We then calculated the legal fees. Article 18 of the Costa Rican Executive Decree No. 32493, which governs the "Fee for Professional Legal and Notary Services," provides that fees are calculated in tiers corresponding to the total damages:

   - For awards up to ¢15,000,000, the fee is twenty percent.
   - On the excess of ¢15,000,000 and up to ¢75,000,000, the fee is fifteen percent.
   - On the excess of ¢75,000,000, the fee is ten percent.

   Additionally, the net legal fees from the previous tees must be increased by twenty-five percent for appeals to the Court of Cassation.

## Calculations

Based on the procedures described above and assuming a payment date of October 15, 2021, the arithmetic for each adjustment is set forth in Appendix A (indexation), Appendix B (net interest), and Appendix C (legal fees and costs).

Sincerely,

German Morales Martínez, CPA
Partner



# APPENDIX A

## Indexation

The principal amount owed to the Company is $51,355,812. Indexation of the principal amount through October 15, 2021 is $25,076,615. In total, the indexed principal amount owing on the Judgment is $76,432,427.

Summary of the Calculation:

Column A provides the starting date.

Column B sets the projected date on which the payment will be made.

Column C calculates the number of days elapsed from the initial date to the estimated date of payment.

Column D calculates the cumulative sum of the daily Prime Rates over the period.

Column E reflects the principal amount of the Judgment

Column F calculates the principal amount of indexation.

Column G encompasses the adjustment obtained by applying the fully indexed interest rate, which seeks to appraise the value of money over time by adjusting its purchasing power.

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Starting Date (a) | Final Date (b) | Elapsed Days (c=b-a+1) | Daily Accumulated Prime Rate (d) | Principal Amount (e) | Indexed Amount (f=e*(1+d)) | Indexation Adjustment (g=f-e) |
| 30-8-2008 | 15-10-2021 | 4,795 | 48.83% | $51,355,812 | $76,432,427 | $25,076,615 |



**APPENDIX B**

**Net Interest**

The amount of net interest owing under the Judgment is $7,089,284. Net interest is calculated in three steps. First, we calculated the term-adjusted legal interest rate for the relevant period. Second, we calculated the term-adjusted consumer price index for the same period. Third, we calculate term-adjusted net interest, which eliminates the effect of changes in consumer price index from interest (e.g., in cases where inflation is higher than nominal interest, the net interest rate would be 0%). For the calculation of net interest, the provisions established by the First Chamber of Costa Rica in its ruling number 000902-F-S1-2012 were taken as a reference.

Summary of the Term-Adjusted Legal Interest Rate Calculation:

Column A contains the starting date of the interest rate calculation. The information is presented in intervals according to the National Bank of Costa Rica's historical database of annual interest rates in dollars.

Column B has the final date of each interval in which the annual interest rate in dollars, was valid.

Column C represents the annual interest rate that was in effect in each date timespan.

Column D details the daily interest rate in dollars obtained by calculating a 360-day annual period.

Column E represents the number of elapsed days between each legal interest dates interval.

Column F contains the calculation of the interest rate according to each term. It is obtained by multiplying the daily interest rate by the number of days of each date interval.

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| **Initial Date** | **Final Date** | **Annual %** | **Daily %** | **Elapsed Days** | **Term-Adjusted Rate** |
| 30-Aug-2008 | 17-Sep-2008 | 3.75 | 0.010 | 19 | 0.20% |
| 18-Sep-2008 | 18-Dec-2008 | 3.80 | 0.011 | 92 | 0.97% |
| 19-Dec-2008 | 08-Feb-2009 | 2.80 | 0.008 | 52 | 0.40% |
| 09-Feb-2009 | 08-Mar-2009 | 4.65 | 0.013 | 28 | 0.36% |
| 09-Mar-2009 | 22-Mar-2009 | 4.25 | 0.012 | 14 | 0.17% |
| 23-Mar-2009 | 20-Apr-2009 | 3.75 | 0.010 | 29 | 0.30% |
| 21-Apr-2009 | 10-May-2009 | 3.25 | 0.009 | 20 | 0.18% |
| 11-May-2009 | 21-May-2009 | 2.75 | 0.008 | 11 | 0.08% |
| 22-May-2009 | 02-Jun-2009 | 2.25 | 0.006 | 12 | 0.08% |
| 03-Jun-2009 | 30-Jun-2009 | 2.00 | 0.006 | 28 | 0.16% |
| 01-Jul-2009 | 19-Jul-2009 | 1.90 | 0.005 | 19 | 0.10% |
| 20-Jul-2009 | 26-Aug-2009 | 1.80 | 0.005 | 38 | 0.19% |
| 27-Aug-2009 | 29-Sep-2009 | 1.23 | 0.003 | 34 | 0.12% |



| A | B | C | D | E | F |
|---|---|---|---|---|---|
| Initial Date | Final Date | Annual % | Daily % | Elapsed Days | Term-Adjusted Rate |
| 30-Sep-2009 | 03-Feb-2010 | 1.10 | 0.003 | 127 | 0.39% |
| 04-Feb-2010 | 05-May-2010 | 0.95 | 0.003 | 91 | 0.24% |
| 06-May-2010 | 06-Sep-2010 | 0.90 | 0.003 | 124 | 0.31% |
| 07-Sep-2010 | 01-Mar-2011 | 0.55 | 0.002 | 176 | 0.27% |
| 02-Mar-2011 | 17-Aug-2011 | 0.45 | 0.001 | 169 | 0.21% |
| 18-Aug-2011 | 05-Sep-2011 | 0.40 | 0.001 | 19 | 0.02% |
| 06-Sep-2011 | 02-Oct-2011 | 0.45 | 0.001 | 27 | 0.03% |
| 03-Oct-2011 | 08-Dec-2011 | 0.60 | 0.002 | 67 | 0.11% |
| 09-Dec-2011 | 28-Feb-2012 | 1.20 | 0.003 | 82 | 0.27% |
| 29-Feb-2012 | 15-Jul-2012 | 2.05 | 0.006 | 138 | 0.79% |
| 16-Jul-2012 | 07-Mar-2013 | 2.30 | 0.006 | 235 | 1.50% |
| 08-Mar-2013 | 14-Apr-2013 | 3.00 | 0.008 | 38 | 0.32% |
| 15-Apr-2013 | 28-Apr-2013 | 2.50 | 0.007 | 14 | 0.10% |
| 29-Apr-2013 | 20-May-2013 | 2.25 | 0.006 | 22 | 0.14% |
| 21-May-2013 | 27-May-2013 | 1.95 | 0.005 | 7 | 0.04% |
| 28-May-2013 | 04-Nov-2013 | 1.90 | 0.005 | 161 | 0.85% |
| 05-Nov-2013 | 09-Feb-2014 | 1.65 | 0.005 | 97 | 0.44% |
| 10-Feb-2014 | 18-May-2014 | 1.80 | 0.005 | 98 | 0.49% |
| 19-May-2014 | 15-Jul-2014 | 2.25 | 0.006 | 58 | 0.36% |
| 16-Jul-2014 | 04-Feb-2015 | 2.00 | 0.006 | 204 | 1.13% |
| 05-Feb-2015 | 11-Mar-2015 | 1.90 | 0.005 | 35 | 0.18% |
| 12-Mar-2015 | 03-May-2015 | 1.50 | 0.004 | 53 | 0.22% |
| 04-May-2015 | 25-May-2015 | 1.35 | 0.004 | 22 | 0.08% |
| 26-May-2015 | 20-Jul-2015 | 1.25 | 0.003 | 56 | 0.19% |
| 21-Jul-2015 | 29-Sep-2015 | 1.45 | 0.004 | 71 | 0.29% |
| 30-Sep-2015 | 25-Oct-2015 | 1.75 | 0.005 | 26 | 0.13% |
| 26-Oct-2015 | 10-Jan-2016 | 2.00 | 0.006 | 77 | 0.43% |
| 11-Jan-2016 | 18-Dec-2016 | 2.50 | 0.007 | 343 | 2.38% |
| 19-Dec-2016 | 14-May-2017 | 2.75 | 0.008 | 147 | 1.12% |
| 15-May-2017 | 22-Mar-2020 | 2.60 | 0.007 | 1043 | 7.53% |
| 23-Mar-2020 | 20-Jul-2020 | 1.85 | 0.005 | 120 | 0.62% |
| 21-Jul-2020 | 28-Feb-2021 | 1.65 | 0.005 | 223 | 1.02% |
| 01-Mar-2021 | 15-Oct-2021 | 1.40 | 0.004 | 229 | 0.89% |



## Summary of the Term-Adjusted Consumer Price Index Calculation:

Column A notes the starting date of each month in which the calculation of legal interest began, corresponding to the ranges of annual interest in dollars of the National Bank of Costa Rica.

Column B notes the end date of each monthly interval.

Column C shows the number of days elapsed between each date interval.

Column D shows the CPI value that was valid on the starting date of the range.

Column E details the CPI value that was valid on the end date of the interval.

Column F corresponds to the percentage variance in the initial CPI and the final CPI for each date range. (Formula = Final CPI divided by Initial CPI minus 1).

Column G represents the variance in the adjusted CPI.

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| **Initial CPI Date** | **Final CPI Date** | **Days** | **Initial Monthly CPI** | **Final Monthly CPI** | **CPI Variance** | **Term-Adjusted CPI** |
| 01-Aug-2008 | 30-Sep-2008 | 61 | 69.07 | 69.73 | 0.95% | 0.30% |
| 01-Sep-2008 | 31-Dec-2008 | 122 | 69.73 | 71.02 | 1.86% | 1.40% |
| 01-Dec-2008 | 28-Feb-2009 | 90 | 71.02 | 71.60 | 0.82% | 0.47% |
| 01-Feb-2009 | 31-Mar-2009 | 59 | 71.60 | 71.61 | 0.01% | 0.01% |
| 01-Mar-2009 | 31-Mar-2009 | 31 | 71.61 | 71.61 | 0.00% | 0.00% |
| 01-Mar-2009 | 30-Apr-2009 | 61 | 71.61 | 71.85 | 0.33% | 0.16% |
| 01-Apr-2009 | 31-May-2009 | 61 | 71.85 | 71.76 | -0.12% | -0.04% |
| 01-May-2009 | 31-May-2009 | 31 | 71.76 | 71.76 | 0.00% | 0.00% |
| 01-May-2009 | 30-Jun-2009 | 61 | 71.76 | 71.88 | 0.17% | 0.03% |
| 01-Jun-2009 | 30-Jun-2009 | 30 | 71.88 | 71.88 | 0.00% | 0.00% |
| 01-Jul-2009 | 31-Jul-2009 | 31 | 72.54 | 72.54 | 0.00% | 0.00% |
| 01-Jul-2009 | 31-Aug-2009 | 62 | 72.54 | 73.02 | 0.65% | 0.40% |
| 01-Aug-2009 | 30-Sep-2009 | 61 | 73.02 | 73.10 | 0.11% | 0.06% |
| 01-Sep-2009 | 28-Feb-2010 | 181 | 73.10 | 75.61 | 3.44% | 2.41% |
| 01-Feb-2010 | 31-May-2010 | 120 | 75.61 | 76.23 | 0.82% | 0.62% |
| 01-May-2010 | 30-Sep-2010 | 153 | 76.23 | 76.75 | 0.68% | 0.55% |
| 01-Sep-2010 | 31-Mar-2011 | 212 | 76.75 | 79.27 | 3.28% | 2.72% |
| 01-Mar-2011 | 31-Aug-2011 | 184 | 79.27 | 80.85 | 1.99% | 1.83% |
| 01-Aug-2011 | 30-Sep-2011 | 61 | 80.85 | 80.73 | -0.16% | -0.05% |
| 01-Sep-2011 | 31-Oct-2011 | 61 | 80.73 | 80.92 | 0.24% | 0.10% |



| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| **Initial CPI Date** | **Final CPI Date** | **Days** | **Initial Monthly CPI** | **Final Monthly CPI** | **CPI Variance** | **Term-Adjusted CPI** |
| 01-Oct-2011 | 31-Dec-2011 | 92 | 80.92 | 81.90 | 1.22% | 0.89% |
| 01-Dec-2011 | 29-Feb-2012 | 91 | 81.90 | 82.28 | 0.46% | 0.41% |
| 01-Feb-2012 | 31-Jul-2012 | 182 | 82.28 | 83.83 | 1.89% | 1.43% |
| 01-Jul-2012 | 31-Mar-2013 | 274 | 83.83 | 87.73 | 4.66% | 3.99% |
| 01-Mar-2013 | 30-Apr-2013 | 61 | 87.73 | 88.37 | 0.73% | 0.45% |
| 01-Apr-2013 | 30-Apr-2013 | 30 | 88.37 | 88.37 | 0.00% | 0.00% |
| 01-Apr-2013 | 31-May-2013 | 61 | 88.37 | 88.39 | 0.02% | 0.01% |
| 01-May-2013 | 31-May-2013 | 31 | 88.39 | 88.39 | 0.00% | 0.00% |
| 01-May-2013 | 30-Nov-2013 | 214 | 88.39 | 88.33 | -0.06% | -0.05% |
| 01-Nov-2013 | 28-Feb-2014 | 120 | 88.33 | 90.04 | 1.93% | 1.56% |
| 01-Feb-2014 | 31-May-2014 | 120 | 90.04 | 92.11 | 2.30% | 1.88% |
| 01-May-2014 | 31-Jul-2014 | 92 | 92.11 | 93.30 | 1.30% | 0.82% |
| 01-Jul-2014 | 28-Feb-2015 | 243 | 93.30 | 93.22 | -0.10% | -0.08% |
| 01-Feb-2015 | 31-Mar-2015 | 59 | 93.22 | 93.35 | 0.15% | 0.09% |
| 01-Mar-2015 | 31-May-2015 | 92 | 93.35 | 93.01 | -0.37% | -0.21% |
| 01-May-2015 | 31-May-2015 | 31 | 93.01 | 93.01 | 0.00% | 0.00% |
| 01-May-2015 | 31-Jul-2015 | 92 | 93.01 | 93.00 | 0.00% | 0.00% |
| 01-Jul-2015 | 30-Sep-2015 | 92 | 93.00 | 92.68 | -0.35% | -0.27% |
| 01-Sep-2015 | 31-Oct-2015 | 61 | 92.68 | 92.42 | -0.28% | -0.12% |
| 01-Oct-2015 | 31-Jan-2016 | 123 | 92.42 | 93.21 | 0.86% | 0.54% |
| 01-Jan-2016 | 31-Dec-2016 | 366 | 93.21 | 93.29 | 0.09% | 0.08% |
| 01-Dec-2016 | 31-May-2017 | 182 | 93.29 | 94.15 | 0.92% | 0.75% |
| 01-May-2017 | 31-Mar-2020 | 1066 | 94.15 | 99.48 | 5.66% | 5.54% |
| 01-Mar-2020 | 31-Jul-2020 | 153 | 99.48 | 99.13 | -0.35% | -0.28% |
| 01-Jul-2020 | 28-Feb-2021 | 243 | 99.13 | 99.92 | 0.80% | 0.73% |
| 01-Mar-2021 | 31-Oct-2021 | 245 | 99.95 | 100.83 | 0.88% | 0.83% |



## Summary of the Term-Adjusted Net Interest Calculation:

Column A set the starting date of the interest rate calculation.

Column B sets the end date of each interval in which the annual interest rate in dollars was valid.

Column C represents the principal amount that the company will receive. Meaning that this amount is the previously calculated indexed main amount, as seen in the preceding timespan.

Column D shows the indexed main amount at the end date of each date interval.

Column E details the calculation of the real or net interest rate. This rate represents the legal interest rate of each range modified according to the variation in the purchasing power per term. (Formula = (1 + Legal Rate According to Term) / (1 + Term Adjusted CPI) minus 1).

Column F details the sum of real interest calculated using the real or net interest rate. In cases where the real interest rate is negative, there is no calculation of interest. (Formula = Main amount multiplied by the real interest rate).

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| **Initial Date** | **Final Date** | **Main Amount** | **Indexed Main Amount** | **Real Interest Rate** | **Real Interest** |
| 30-Aug-2008 | 17-Sep-2008 | $51,355,812 | $51,491,334 | -0.10% | $ 0 |
| 18-Sep-2008 | 18-Dec-2008 | $51,491,334 | $52,058,388 | -0.42% | $ 0 |
| 19-Dec-2008 | 08-Feb-2009 | $52,058,388 | $52,299,475 | -0.07% | $ 0 |
| 09-Feb-2009 | 08-Mar-2009 | $52,299,475 | $52,429,291 | 0.35% | $185,636 |
| 09-Mar-2009 | 22-Mar-2009 | $52,429,291 | $52,494,199 | 0.17% | $ 86,654 |
| 23-Mar-2009 | 20-Apr-2009 | $52,494,199 | $52,628,652 | 0.14% | $ 75,965 |
| 21-Apr-2009 | 10-May-2009 | $52,628,652 | $52,721,377 | 0.22% | $116,622 |
| 11-May-2009 | 21-May-2009 | $52,721,377 | $52,772,376 | 0.08% | $ 44,301 |
| 22-May-2009 | 02-Jun-2009 | $52,772,376 | $52,828,012 | 0.04% | $ 22,066 |
| 03-Jun-2009 | 30-Jun-2009 | $52,828,012 | $52,957,828 | 0.16% | $ 82,177 |
| 01-Jul-2009 | 19-Jul-2009 | $52,957,828 | $53,045,918 | 0.10% | $ 53,105 |
| 20-Jul-2009 | 26-Aug-2009 | $53,045,918 | $53,222,096 | -0.21% | $ 0 |
| 27-Aug-2009 | 29-Sep-2009 | $53,222,096 | $53,379,730 | 0.05% | $ 28,444 |
| 30-Sep-2009 | 03-Feb-2010 | $53,379,730 | $53,968,539 | -1.98% | $ 0 |
| 04-Feb-2010 | 05-May-2010 | $53,968,539 | $54,390,441 | -0.38% | $ 0 |
| 06-May-2010 | 06-Sep-2010 | $54,390,441 | $54,965,341 | -0.24% | $ 0 |
| 07-Sep-2010 | 01-Mar-2011 | $54,965,341 | $55,781,328 | -2.39% | $ 0 |
| 02-Mar-2011 | 17-Aug-2011 | $55,781,328 | $56,564,861 | -1.59% | $ 0 |
| 18-Aug-2011 | 05-Sep-2011 | $56,564,861 | $56,652,950 | 0.07% | $ 39,496 |
| 06-Sep-2011 | 02-Oct-2011 | $56,652,950 | $56,778,130 | -0.07% | $ 0 |
| 03-Oct-2011 | 08-Dec-2011 | $56,778,130 | $57,088,761 | -0.77% | $ 0 |



| A | B | C | D | E | F |
|---|---|---|---|---|---|
| **Initial Date** | **Final Date** | **Main Amount** | **Indexed Main Amount** | **Real Interest Rate** | **Real Interest** |
| 09-Dec-2011 | 28-Feb-2012 | $57,088,761 | $57,468,937 | -0.14% | $ 0 |
| 29-Feb-2012 | 15-Jul-2012 | $57,468,937 | $58,108,745 | -0.64% | $ 0 |
| 16-Jul-2012 | 07-Mar-2013 | $58,108,745 | $59,198,272 | -2.40% | $ 0 |
| 08-Mar-2013 | 14-Apr-2013 | $59,198,272 | $59,374,451 | -0.14% | $ 0 |
| 15-Apr-2013 | 28-Apr-2013 | $59,374,451 | $59,439,359 | 0.10% | $ 57,725 |
| 29-Apr-2013 | 20-May-2013 | $59,439,359 | $59,541,358 | 0.13% | $ 78,380 |
| 21-May-2013 | 27-May-2013 | $59,541,358 | $59,573,812 | 0.04% | $ 22,576 |
| 28-May-2013 | 04-Nov-2013 | $59,573,812 | $60,320,254 | 0.90% | $534,094 |
| 05-Nov-2013 | 09-Feb-2014 | $60,320,254 | $60,769,974 | -1.10% | $ 0 |
| 10-Feb-2014 | 18-May-2014 | $60,769,974 | $61,224,331 | -1.36% | $ 0 |
| 19-May-2014 | 15-Jul-2014 | $61,224,331 | $61,493,235 | -0.45% | $ 0 |
| 16-Jul-2014 | 04-Feb-2015 | $61,493,235 | $62,439,038 | 1.21% | $746,675 |
| 05-Feb-2015 | 11-Mar-2015 | $62,439,038 | $62,601,308 | 0.10% | $ 60,546 |
| 12-Mar-2015 | 03-May-2015 | $62,601,308 | $62,847,032 | 0.44% | $273,046 |
| 04-May-2015 | 25-May-2015 | $62,847,032 | $62,949,030 | 0.08% | $ 51,849 |
| 26-May-2015 | 20-Jul-2015 | $62,949,030 | $63,208,662 | 0.20% | $ 123,082 |
| 21-Jul-2015 | 29-Sep-2015 | $63,208,662 | $63,537,839 | 0.56% | $ 353,072 |
| 30-Sep-2015 | 25-Oct-2015 | $63,537,839 | $63,658,382 | 0.25% | $ 156,810 |
| 26-Oct-2015 | 10-Jan-2016 | $63,658,382 | $64,024,292 | -0.11% | $ 0 |
| 11-Jan-2016 | 18-Dec-2016 | $64,024,292 | $65,738,292 | 2.30% | $1,472,407 |
| 19-Dec-2016 | 14-May-2017 | $65,738,292 | $66,546,077 | 0.37% | $ 245,310 |
| 15-May-2017 | 22-Mar-2020 | $66,546,077 | $73,780,470 | 1.89% | $1,258,310 |
| 23-Mar-2020 | 20-Jul-2020 | $73,780,470 | $74,336,825 | 0.90% | $ 661,116 |
| 21-Jul-2020 | 28-Feb-2021 | $74,336,825 | $75,370,717 | 0.29% | $ 212,112 |
| 01-Mar-2021 | 15-Oct-2021 | $75,370,717 | $76,432,427 | 0.06% | $ 47,707 |
| | | | | | **$7,089,284** |



# APPENDIX C

## Legal Fees and Costs

Legal fees and costs are set by government decree at specific rates and tiers, based on the total amount awarded by the court. The legal fees and costs together total $10,449,155.

Summary of the Legal Fees and Costs Calculation:

1. With indexation and net interest, the amount awarded under the Judgment is $83,521,711. We converted this amount Costa Rican colones using an exchange rate of ¢629.12, which yielded a result of ¢52,545,178,847.

2. We then applied the tiered rates of 20%,15%, and 10% in accordance with Article 18 of Decree No. 32493 to determine the legal fees:

| | Lower | Upper | Rate | Tranche Amount | Legal Fees in CRC | Legal Fees in USD |
|---|---|---|---|---|---|---|
| Tier 1 | ¢ 0 | ¢ 15,000,000 | 20% | ¢ 15,000,000 | ¢ 3,000,000 | $ 4,769 |
| Tier 2 | ¢15,000,000 | ¢ 75,000,000 | 15% | ¢ 60,000,000 | ¢ 9,000,000 | $ 14,306 |
| Tier 3 | ¢75,000,000 | ¢52,545,178,847 | 10% | ¢52,470,178,847 | ¢5,247,017,885 | $ 8,340,250 |
| | | | | | ¢5.259.017.885 | **$ 8,359,324** |

3. Finally, when a party appeals to the Court of Cassation and loses, it owes an additional 25% on top of the legal fees for the first-instance court. As applied here, that increases the legal fees to **$10,449,155.**