UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREJOS HERMANOS SUCESORES S.A., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 1:21-CV-08928 (RA) |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Trejos Hermanos Sucesores S.A. states that it has no parent corporation and that no publicly held corporation owns ten percent or more of its shares.

Dated:  November 15, 2021

WILLIAMS & CONNOLLY LLP

By: _____

Ana C. Reyes (admission papers forthcoming)
Benjamin W. Graham (Bar No. BG1195)
650 Fifth Avenue, Suite 1500
New York, NY  10019
Tel.:   (202) 434-5000
Fax:   (202) 434-5029
Email:  bgraham@wc.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2021, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

                                                         */s/ Benjamin W. Graham*  
                                                          Benjamin W. Graham