USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TREJOS HERMANOS SUCESORES S.A.,

               Plaintiff,

        v.

VERIZON COMMUNICATIONS INC.,

               Defendant.

No. 21-CV-8928 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On December 3, 2021, the Court held a telephone conference in this case. As agreed upon at that conference, the following briefing schedule shall govern Defendant's Rule 56(d) motion in opposition to Plaintiff's summary judgment motion:

- Defendant shall have until December 30, 2021 to file a Rule 56(d) motion in opposition to Plaintiff's motion for summary judgment, with a 25-page limit.

- Plaintiff shall have until January 21, 2022 to reply to Defendant's Rule 56(d) motion, with a 25-page limit.

- Defendant shall have until February 11, 2022, or 21 days after Plaintiff files its response, whichever is earlier, to sur-reply to Plaintiff's brief, with a 10-page limit.

As further agreed upon at the conference, these briefs shall also address the issue of whether N.Y. C.P.L.R. § 3213 has been appropriately invoked in this case.

SO ORDERED.

Dated:    December 6, 2021
            New York, New York

                                                                 Ronnie Abrams
                                                                    United States District Judge