```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREJOS HERMANOS SUCESORES S.A.,

              Plaintiff,

      v.

VERIZON COMMUNICATIONS INC.,

              Defendant.

No. 21-CV-8928 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court intends to hold oral argument on Plaintiff's motion for summary judgment and Defendant's Rule 56(d) motion in opposition to Plaintiff's summary judgment motion. By June 13, 2022, the parties shall submit a joint letter informing the Court of their availability for argument during the weeks of June 27, July 5, July 18, July 25, and August 1. The parties shall also state their preference between arguing in person or via videoconference.

SO ORDERED.

Dated:   June 7, 2022
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge