UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREJOS HERMANOS SUCESORES S.A., <br><br>                       Plaintiff, <br><br> -against- <br><br> VERIZON COMMUNICATIONS INC., <br><br>                       Defendant. | 1:21-cv-08928 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court has reviewed the parties' joint letter, dated October 7, 2022. ECF No. 48. IT IS HEREBY ORDERD that the parties shall, no later than **January 5, 2023**, file a joint letter addressing the status of the parties' mediation and settlement discussions. The parties shall state whether they request the Court refer the case to the court-annexed mediation program or to a Magistrate Judge for a settlement conference.

Dated: October 14, 2022
       New York, New York

                                                  SO ORDERED.

                                                  JENNIFER L. ROCHON
                                                  United States District Judge