UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREJOS HERMANOS SUCESORES S.A., <br><br> Plaintiff, <br><br> -against- <br><br> VERIZON COMMUNICATIONS, INC., <br><br> Defendant. | 21 **CIVIL** 08928 (JLR) <br><br> **JUDGMENT** |

It is hereby **ORDERED, ADJUDGED, AND DECREED** that, for the reasons stated in the Court's Opinion and Order dated January 12, 2024, and pursuant to the updated calculation of statutory adjustments submitted by Plaintiff on January 19, 2024:  Plaintiff's motion for summary judgment is GRANTED and Plaintiff is awarded a total of $106,354,185, along with post-judgment interest at the federal statutory rate from the date of entry until payment; accordingly, the case is closed.

**Dated**:  January 23, 2024
           New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**