UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREJOS HERMANOS SUCESORES S.A.,

                Plaintiff,

-against-

VERIZON COMMUNICATIONS INC.,

                Defendant.

No. 1:21-cv-08928 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the motion filed by Verizon Communications Inc. ("Verizon") on January 31, 2024. ECF No. 79. The deadline for Trejos Hermanos Sucesores S.A. to respond to the motion is February 14, 2024. The deadline for Verizon's reply, if any, is February 21, 2024. The Court's Judgment entered on January 23, 2024, ECF No. 76, is hereby STAYED until April 8, 2024 so the Court may consider the parties' briefing.

Dated:  February 2, 2024
           New York, New York

                                          SO ORDERED.

                                          JENNIFER L. ROCHON
                                          United States District Judge